# **EXHIBIT 4**



2376A SE 43rd Ave. Portland, OR 97215
510-929-1099/mlewis@revealnews.org

Friday, December 13, 2019

Federal Bureau of Investigation
Civil Rights Unit
Attn: FOI/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843

Re: Freedom of Information Act Request [Date Range of Request: 1998-2018]

Dear FOIA officer:

This is a request under the federal Freedom of Information Act. I hereby request copies of the following information:

- *The number of matters opened for investigation or review by the FBI Civil Rights Unit under federal statutes 18 USC 241-242, Deprivation of Rights Under the Color of Law, **between 1998 and 2018** including:*

    - *File Number or Case Number*
    - *Date Opened*
    - *Type of Case*
    - *Synopsis of Case*
    - *Cause & Manner of Death When Applicable*
    - *Date of Disposition*
    - *Recommendation/Disposition of case*
    - *Name of Victim(s)/Subject(s)/Each Party*
    - *Race of Victim(s)/Subject(s)/Each Party*
    - *Age of Victim(s)/Subject(s)/Each Party*
    - *Gender of Victim(s)/Subject(s)/Each Party*
    - *Date(s) of Incident*
    - *Location of Incident - Municipality, County, State*
    - *Name of Lead Investigator/Trial Attorney*
    - *Other local and federal agencies involved in reviewing, assisting or investigating*
    - *Any other significant actions, recommendations or findings*

FOIA REQUEST        1

Please search the FBI's indices in both the Central Records System and local field offices for information responsive to this request. We also request the release of this information in a machine-readable format if possible, whether as PDFs or as tabular data. If it is easier, we are also willing to request access to and copies of the database that includes all relevant cases.

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non-exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

I am making this request on behalf of the Center for Investigative Reporting as a representative of the news media for non-commercial use and qualifies for a waiver of search and review fees. Release of materials is in the public interest and sheds light on the workings of the government.

To expedite the release of documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed.

If you have other questions, please contact me at 510-929-1099 or mlewis@revealnews.org.

I look forward to receiving your response within the twenty day statutory time period.

Respectfully submitted,

Melissa Lewis
mlewis@revealnews.org
(510) 929-1099
2376A SE 43rd Ave. Portland, OR 97215

FOIA REQUEST   2