D. Victoria Baranetsky (SBN 311892)
**THE CENTER FOR INVESTIGATIVE REPORTING**
222 Sutter Street, #600
San Francisco, CA 94108
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Matthew S.L. Cate (SBN 295546)
matt@matthewcatelaw.com
LAW OFFICE OF MATTHEW S.L. CATE
101 Montgomery Street, Suite 900
San Francisco, CA  94104
Tel/Fax: 415-964-4400

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| The Center for Investigative Reporting,<br><br>       Plaintiff,<br><br>   v.<br><br>United States Department of Justice,<br><br>       Defendant. | Case No. 3:25-cv-7309-AMO<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Plaintiff The Center for Investigative Reporting, a non-profit corporation, certifies that it has no parent company and issues no stock. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Date: January 6, 2026

LAW OFFICE OF MATTHEW S.L. CATE

*/s/ Matthew S.L. Cate*
Matthew S.L. Cate

*Counsel for Plaintiff*