UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE CENTER FOR INVESTIGATIVE
REPORTING,

                Plaintiff,

       v.

UNITED STATES DEPARTMENT OF
JUSTICE,

              Defendant.

Case No.  25-cv-07309-AMO

**ORDER**

Re: Dkt. No. 20

The Case Management Conference currently set for January 14, 2026, is **VACATED**.

The parties shall file a Joint Status Report no later than 21 days from the date of this Order. The status report shall:

(1) indicate whether Plaintiff will make its requests more specific;

(2) indicate whether the Defendant intends to claim that the Closing Memos may be withheld on categorical or broadly applicable grounds;

(3) propose a briefing schedule for cross-motions for summary judgment or partial summary judgment to resolve remaining disputes; and

(4) if applicable, propose a scheduling order for the DOJ's production of any closing memos that it does not believe are exempt from disclosure under FOIA.

**IT IS SO ORDERED.**

Dated: January 12, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California