CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:25-cv-07309-AMO <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

This matter came before the Court for regularly noticed hearing on Defendant United States Department of Justice's Motion for Summary Judgment.  Having considered the Complaint, the papers submitted in connection with the motion, the record in the case, and the parties' oral argument, the Court HEREBY GRANTS Defendant's motion.

All of the closing memoranda sought by Plaintiff constitute attorney work product.  Accordingly, Defendant properly withheld these records under FOIA Exemption 5.

Moreover, several of the closing memos are subject to additional FOIA exemptions, including Exemptions 3, 6, 7(C), 7(D), 7(E), and/or 7(F), as indicated on Defendant's *Vaughn* index.  Defendant properly withheld these records on these bases.

Finally, Plaintiff's December 19, 2019 FOIA Request fails to comply with 5 U.S.C. § 552(a)(3)(A)'s requirement to reasonably describe the records sought without posing an undue burden to Defendant.  Accordingly, Defendant was not required to disclose any additional records in response to this request.

Thus, Defendants are entitled to summary judgment.


IT IS SO ORDERED.


DATED: _____

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge