**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
| The Center for Investigative Reporting, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:25-cv-07309-AMO |
| United States Department of Justice, | ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF JOHN BUCHKO**

# ATTACHMENT A
# DOJ CIVIL RIGHTS DIVISION'S
# *VAUGHN* INDEX

*CIR v. DOJ* , 3:25-cv-07309 (N.D. Cal.)

**CRT** *Vaughn* **Index**

| DJ Number | Case Name | Year Closed | Total Pages | Result | Exemptions & Descriptions of Protected Information |
|---|---|---|---|---|---|
| 144-17M-2819 | IN RE VALDES, FRANK | 2018 | 2 | N/R | short-form closing memoranda |
| 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 | IN RE JONES, NATHANIEL | 2018 | | | unable to locate |
| 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 | IN RE KNIGHT, MICHAEL | 2018 | 7 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C); (b)(7)(E) |
| 144-3-1444 | IN RE MINGO, DANIEL | 2018 | 7 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE HICKS, NORMAN F. | 2018 | 5 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 144-86-248 | IN RE HEENAN, PAUL | 2018 | 6 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE GEER, JOHN | 2018 | 19 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE THOMPSON, KEITH | 2018 | 3 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 144-17M-3226 | IN RE BING, VERNELL | 2018 | 7 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE BOYD, RICKY J. | 2018 | 6 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE OWENSBY, ROGER  JR. | 2019 | 20 | WIF | (b)(5)-AWP; (b)(3)-18 U.S.C. § 3509(d); (b)(6)/(b)(7)(C) |
| 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 | IN RE LETT, BRANDON L. | 2019 | 5 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE BENNETT, MICHAEL | 2019 | 9 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE AGUIRRE, CARMEN B. | 2019 | 4 | WIF | (b)(5)-AWP; (b)(3)-18 U.S.C. § 3509(d); (b)(6)/(b)(7)(C) |
| 144-12C-3912 | IN RE MENDIOLA PONCE, OMAR | 2019 | 5 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C); (b)(7)(E) |
| 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 | IN RE PIROLOZZI, SHAWN | 2019 | 1 | N/R | short-form closing memoranda |
| 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 | IN RE MCCLOUD, BRANDON | 2019 | | | unable to locate |
| 144-46-930 | IN RE LOPEZ, SWUAVE | 2019 | 14 | WIF | (b)(5)-AWP; (b)(3)-18 U.S.C. § 3509(d); (b)(6)/(b)(7)(C); (b)(7)(F) |
| 144-12C-3967 | IN RE CLOUD, DOUGLAS S. | 2019 | 9 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 144-8-1728 | IN RE GRAFF, KEITH | 2019 | 6 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE YANCEY, HUBERT | 2019 | 4 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 144-12C-4007 | IN RE CHO, MICHAEL S. | 2019 | 5 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C); (b)(7)(E) |
| 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 | IN RE WOODFOX, MACK | 2019 | 5 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 144-11E-1525 | IN RE ABRAHAMS, RICARDO M. | 2019 | 7 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 144-12C-4033 | IN RE ALEXANDER, JULIAN | 2019 | 4 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 144-1-3416 | IN RE JOHNSON, AUBREY A. | 2019 | 5 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 144-12C-4045 | IN RE SMITH, MARCUS | 2019 | | | unable to locate |
| 144-12C-4063 | IN RE CRUZ, CAESAR | 2019 | 4 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 144-17-786 | IN RE WHITFIELD, DAVID | 2019 | 3 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE MOORE, DECARLOS | 2019 | 9 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 144-2-1441 | IN RE WRIGHT, ASHLEY | 2019 | 6 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C); (b)(7)(D) |
| 144-12C-4103 | IN RE ARRIAGA, ALBERTO | 2019 | 4 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C); (b)(7)(D); (b)(7)(E); (b)(7)(F) |
| 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 | IN RE MCNEIL, TRAVIS | 2019 | 11 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C); (b)(7)(D); (b)(7)(E); (b)(7)(F) |
| 144-12C-4111 | IN RE TYSON, RICHARD R. | 2019 | 4 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 144-1-3452 | IN RE ROWELL, VINCENT L. | 2019 | 3 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE ALVAREZ, SALOME | 2019 | 3 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 144-59N-719 | IN RE CRUTCHER, TERENCE | 2019 | 21 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 144-26S-1515 | IN RE BAILEY, AARON | 2019 | 7 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE GHAISAR, BIJAN C. | 2019 | 15 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C); (b)(7)(E) |
| 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 | IN RE ROBINSON, KEEVEN | 2019 | 8 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE WHITE, RAEMOND | 2020 | 5 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE CANNADY, SHAWN | 2020 | 4 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 144-17M-3178 | IN RE MATHIS, JEREMIAH | 2020 | 3 | WIF | (b)(5)-AWP; (b)(3)-18 U.S.C. § 3509(d); (b)(6)/(b)(7)(C) |
| 144-8-1790 | IN RE FARIAS, JUAN M. | 2020 | 3 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE CESENA, FRANCISCO | 2020 | 2 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C); (b)(7)(E) |
| 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 | IN RE HAMMOND, ZACHARY | 2020 | 1 | N/R | short-form closing memoranda |
| 144-6-243 | IN RE JOSEPH, GILBERT N. | 2020 | 3 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE SANTELLANA, JONATHEN A. | 2020 | 8 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C); (b)(7)(E) |
| 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 | IN RE PEREZ-RODRIGUEZ, OMAR | 2020 | 5 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE GOMEZ-GONZALEZ, CLAUDIA P. | 2021 | 4 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C) |
| 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 | IN RE RAINEY, DARREN | 2022 | 45 | WIF | (b)(5)-AWP; (b)(6)/(b)(7)(C); (b)(7)(E) |
| 144-82-595 | IN RE PRATT, EDWIN T. | 2022 | 14 | RIF | Till Act case - publicly available at https://www.justice.gov/crt/case/edwin-pratt |
| 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 | IN RE JONES, ALBERTA | 2023 | 41 | RIF | Till Act case - publicly available at https://www.justice.gov/crt/case/alberta-jones |