**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| The Center for Investigative Reporting, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 4:25-cv-07309-AMO <br> ) |
| United States Department of Justice, | ) <br> ) |
| Defendant. | ) <br> ) |

<u>**DECLARATION OF JOHN BUCHKO**</u>

# EXHIBIT 1



from The Center for Investigative Reporting
2376A SE 43rd Ave. Portland, OR 97215
510-929-1099/mlewis@revealnews.org

CIVIL RIGHTS DIVISION

JAN 0 2 2020

Received by CRD
FOI/PA Branch

Friday, December 13, 2019

U.S. Department of Justice
Civil Rights Division
Attn: FOI/PA Request
950 Pennsylvania Avenue, N.W.
Office of the Assistant Attorney General, Main
Washington, D.C. 20530

RE: Freedom of Information Act Request - [Date Range of Request: 1998-2018]

Dear FOIA officer:

This is a request under the federal Freedom of Information Act. I hereby request copies of
the following information:

- *The number of matters investigated or reviewed by the Civil Rights Division under 18
  USC 241-242, Deprivation of Rights Under the Color of Law, between 1998 and 2018
  including:*

  - *File Number or Case Number*
  - *Date Opened*
  - *Type of Case*
  - *Synopsis of Case*
  - *Cause & Manner of Death When Applicable*
  - *Date of Disposition*
  - *Recommendation/Disposition of cases*
  - *Name of Victim(s)/Subject(s)/Each Party*
  - *Race of Victim(s)/Subject(s)/Each Party*
  - *Age of Victim(s)/Subject(s)/Each Party*
  - *Gender of Victim(s)/Subject(s)/Each Party*
  - *Date(s) of Incident*
  - *Location of Incident - Municipality, County, State*
  - *Name of Lead Investigator/Trial Attorney*
  - *Other local and federal agencies involved in reviewing, assisting or
    investigating*
  - *Any other significant actions, recommendations or findings*

FOIA - 1

- *Any long-form closing memoranda reflecting the Division's decision not to prosecute a 242 matter that resulted in death.*

If you regard any of these documents as potentially exempt from the FOIA's disclosure requirements, I request that you nonetheless exercise your discretion to disclose them. As the FOIA requires, please release all reasonably segregable non-exempt portions of documents. To permit me to reach an intelligent and informed decision whether or not to file an administrative appeal of any denied material, please describe any withheld records (or portions thereof) and explain the basis for your exemption claims.

Please release this information in a machine-readable format if possible, whether as PDFs or as tabular data. If it is easier, we are also willing to request access to and copies of the database that includes all relevant cases.

I am making this request on behalf of the Center for Investigative Reporting as a representative of the news media for non-commercial use and qualifies for a waiver of search and review fees. Release of materials is in the public interest and sheds light on the workings of the government.

To expedite the release of documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed.

If you have other questions, please contact me at **510-929-1099** or mlewis@revealnews.org.

I look forward to receiving your response within the twenty day statutory time period.

Respectfully submitted,

Melissa Lewis

Melissa Lewis
mlewis@revealnews.org
(510) 929-1099
2376A SE 43rd Ave. Portland, OR 97215

FOIA - 2

Melissa Lewis
2376A SE 43rd Ave.
Portland, OR 97215

DOJ-FASS

Tracking No: 70191640000233021274

CRT
PICK-UP # CIVIL RIGHTS - MAIN - CRT -
PICK-UP
**Building:** MAIN
**Room:**
**Dept:** CIVIL RIGHTS
**Received On:** 12-19-2019 08:22am
**Route:**




CERTIFIED MAIL

7019 1640 0000 3302 1274

U.S. Department of Justice
Civil Rights Division
Attn: FOIL PA Request
950 Pennsylvania Ave. NW
Office of the Assistant Attorney General, Main
Washington, DC 20530-0001

X-RAYED

DEC 19 2019

DOJ MAILROOM

$4.05