**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
| The Center for Investigative Reporting, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:25-cv-07309-AMO |
| United States Department of Justice, | ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF JOHN BUCHKO**

# EXHIBIT 2



U.S. Department of Justice
Civil Rights Division

---

KK:ANF:AKL

*Freedom of Information/Privacy Acts Branch –4CON*
*950 Pennsylvania Ave., NW*
*Washington, DC 20530*

*Via Electronic Mail*
Ms. Melissa Lewis
Reveal News                                             January 6, 2020
2376A SE 43rd Ave.
Portland, OR 97215
mlewis@revealnews.org

Date Received: January 2, 2020                FOI/PA No.20-00072-F

Subject of Request:   Information pertaining to the number of matters investigated or reviewed by the Civil Rights Division under 18 USC 241-242, Deprivation of Rights Under the Color of Law, between 1998 and 2018; any log-form closing memoranda reflecting the Division's decision not to prosecute a 242 matter that resulted in death

Dear Ms. Lewis:

This is to inform you that your request for records from the files of the Civil Rights Division was received by the Division's Freedom of Information/Privacy Acts (FOI/PA) Branch on the date indicated above.  Your request has been assigned the FOI/PA number shown above. Please refer to this number in any future correspondence concerning this request.  In connection with review of your FOI/PA request, the following paragraph(s) are applicable:

____   In searching its file for records responsive to your request,_____
_____
located records that originated with the Civil Rights Division.  These records were referred to the Civil Rights Division as the originating component for review and release determination.  Upon completion of our review, the releasable document(s) will be sent directly to you.

 XX    As a result of the large number of Freedom of Information and Privacy Acts requests received by the Civil Rights Division, some delay may be encountered in processing your request.  In an attempt to treat each requester fairly, we have adopted a policy of processing requests in the approximate order of receipt.  Please be assured that your request is being handled as equitably as possible.  We appreciate your patience and will provide you with a response at the earliest possible date.  Please note that the Civil Rights Division utilizes multi-track processing in which processing ranges from faster tracks for requests (seeking access to documents already processed for prior requests) to much slower tracks for complex requests involving voluminous amounts of responsive documents or extensive consultation.  At your option, you may wish to call the number below and limit the scope of your request to enable your request to be handled in the most expeditious manner available to fulfill your interests.

____ Since your letter did not include authorization or a certification of identity, we will close your file for now. We will re-open your request on receipt of the required authorization forms. The Privacy Act, and the Department of Justice Privacy Act regulation, 28 C.F.R. §16.41, require each person requesting records indexed or maintained under his or her name or another person's name, to furnish the Department with proof of identity/consent to disclosure. Please complete the enclosed form and return it directly to the Freedom of Information/Privacy Acts Branch, Civil Rights Division, US Department of Justice, Washington, D.C. 20530.

 XX  We have to consult with other offices in the Civil Rights Division to conduct a search and locate records which may be responsive to your request. Because of the need to examine a voluminous amount of records, we can respond only after consulting with the other offices. Thus, there may be some delay in the processing of your request as a result. Accordingly, your request falls within "unusual circumstances." See 5 U.S.C. 552 § (a)(6)(B)(i)-(iii). Because of these unusual circumstances, we are extending the time limit to respond to your request **beyond the ten additional days provided by the statute.** The time needed to process your request will necessarily depend on the volume and complexity of the records located. For your information, this Office assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. Simple requests usually receive a response in approximately **one month**, whereas complex requests necessarily take longer. To allow us to respond more quickly to you, you may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you have any further questions, contact this office by calling (202) 514-4210.

Sincerely,

*April N. Freeman*

for
Kilian Kagle, Chief
Freedom of Information/Privacy Acts Branch
Civil Rights Division