**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
| The Center for Investigative Reporting, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:25-cv-07309-AMO |
| United States Department of Justice, | ) ) | |
| Defendant. | ) ) ) | |

**<u>DECLARATION OF JOHN BUCHKO</u>**

# EXHIBIT 6



**U.S. Department of Justice**

Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

---

*Telephone: (202) 514-3642*

June 9, 2023

Victoria Baranetsky, Esq.
1400 65th Street
Suite 200
Emeryville, CA 94608
vbaranetsky@revealnews.org

Re:    Appeal No. A-2023-00087

Request No. 20-00072-F

DRC: EH

**VIA: Online Portal**

Dear Victoria Baranetsky, Esq.:

You appealed from the action of the Civil Rights Division (CRT) on your Freedom of Information Act request for access to records concerning investigations under 18 U.S.C. 241-242 as well as any long form closng memos where the matter resulted in death and CRT did not prosecute. I note that your appeal concerns the exemptions asserted by CRT.

After carefully considering your appeal, and as a result of discussions between CRT personnel and this Office, I am remanding your request to CRT for further processing as it relates to the second portion of your request. If CRT determines that records are releasable, it will send them to you directly, subject to any applicable fees. You may appeal any future adverse determination made by CRT. If you would like to inquire about the status of this remanded request or to receive an estimated date of completion, please contact CRT directly at (202) 514-4210. I am otherwise affirming CRTs action on your request.

The FOIA provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. CRT properly withheld certain information because it is protected from disclosure under the FOIA pursuant to:

5 U.S.C. § 552(b)(6), which concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties; and

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted

invasion of the personal privacy of third parties.

Please be advised that for each of these exemptions, it is reasonably foreseeable that disclosure of the information withheld would harm the interests protected by these exemptions.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of Civil Rights in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.  If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

X _Daniel Castellano_

Daniel Castellano,
Associate Chief, for
Matthew W. Hurd,
Chief, Administrative Appeals Staff