**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
| The Center for Investigative Reporting, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:25-cv-07309-AMO |
| United States Department of Justice, | ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF JOHN BUCHKO**

# EXHIBIT 8

| | |
|---|---|
| **From:** | Troiani, Christina D (OIP) |
| **To:** | Castellano, Daniel (OIP) |
| **Cc:** | Jones, Priscilla A (OIP); Warzynski, Jillian (OIP) |
| **Subject:** | RE: [EXTERNAL] Re: Response to FOIA Appeal A-2023-00087 |
| **Date:** | Thursday, October 26, 2023 8:16:36 AM |

Thanks, Dan.  Priscilla, can you open a CRT appeal for this?  It's unclear at this time whether CRT opened a new request number on remand, so let's  just use Request No. 20-00072-F as a placeholder for now. Thank you! Christina

**From:** Castellano, Daniel (OIP) <Daniel.Castellano@usdoj.gov>
**Sent:** Thursday, October 26, 2023 7:54 AM
**To:** Troiani, Christina D (OIP) <Christina.Troiani@usdoj.gov>
**Subject:** FW: [EXTERNAL] Re: Response to FOIA Appeal A-2023-00087

FYI, this may need to be opened as an appeal of the component's action on our remand.

Thanks,
Dan

**From:** Victoria Baranetsky <vbaranetsky@revealnews.org>
**Sent:** Wednesday, October 25, 2023 7:48 PM
**To:** OIP-NoReply <OIP-NoReply@usdoj.gov>; Castellano, Daniel (OIP) <Daniel.Castellano@usdoj.gov>
**Cc:** No-Reply.OIP.FOIASTAR <No-ReplyOIPFOIASTAR@jmd.usdoj.gov>
**Subject:** [EXTERNAL] Re: Response to FOIA Appeal A-2023-00087

Dear Mr. Castellano.


We appreciated your appeal determination- unfortunately CRD simply closed this request upon remand instead of fulfilling the request. We would like to avoid litigation and ask that your office require them to fulfill the request - which they have now closed in violation of FOIA and the Appeals Office's determination.

Victoria


On Fri, Jun 9, 2023 at 5:47 AM Administrator Email <oip-noreply@usdoj.gov> wrote:

> The Office of Information Policy has made its final determination on your FOIA Appeal Number A-2023-00087.  A copy of this determination is enclosed for your review, along with any enclosures, if applicable.  Thank you.