**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
| The Center for Investigative Reporting, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:25-cv-07309-AMO |
| United States Department of Justice, | ) ) | |
| Defendant. | ) ) ) | |

**<u>DECLARATION OF JOHN BUCHKO</u>**

# EXHIBIT 11



from The Center for Investigative Reporting

**Freedom of Information Act Request Letter**

**March 4, 2024**

U.S. Department of Justice
Kilian B. Kagle, Chief, April Freeman, FOIA Public Liaison
Civil Rights Division, 4CON, Room 6.153, 950 Pennsylvania Ave., N.W.
Washington, DC 20530
CRT.FOIArequests@usdoj.gov

Re: Freedom of Information Act Request

Dear Ms. Freeman and Ms. Kagle :

This is a request under the Freedom of Information Act.

I request a copy of the following documents: any long-form closing memoranda reflecting the Division's decision not to prosecute a (18 U.S.C.) 242 matter that resulted in death between 2018 and 2024. Please release the closing memos in full with redacted names, social media accounts, and identifying contact information under (b)(7)(c).

For clarification, I previously requested this exact material and the OIP remanded the request on September 20, 2023 to your office, stating that the records should be disclosed, but your office still has not processed the request. (See FOIA Request # A-2023-00087). To help determine my status to assess fees, you should know that I am a news media member. This information is for news gathering purposes for dissemination to the public and not for commercial use.

I am willing to pay fees for this request up to a maximum of $100. If you estimate the fees will exceed this limit, please inform me first. I request a waiver of all fees for this request. Disclosure of the requested information to me is in the public interest because it will likely contribute significantly to public understanding of the Civil Rights Division and its investigations.

Thank you for considering this request.

Sincerely,

Jonathan Jones (Tel: 510-501-5957)
Reveal, Center for Investigative Reporting,
Mother Jones
PO Box 584
San Francisco, CA 94104