**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
| The Center for Investigative Reporting, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:25-cv-07309-AMO |
| United States Department of Justice, | ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF JOHN BUCHKO**

# EXHIBIT 12

## Ellis, Kristin (CRT)

| | |
|---|---|
| **From:** | FOIArequests, CRT (CRT) |
| **Sent:** | Thursday, March 7, 2024 11:17 AM |
| **To:** | Victoria Baranetsky; Madisen Hursey |
| **Cc:** | FOIArequests, CRT (CRT); Jonathan Jones |
| **Subject:** | RE: 24-00143-F (24-00004-APP) RE: [EXTERNAL] FOIA REQUEST |

Good morning,

Once we respond to a request, that request is closed, unless it's noted it was an interim response. After we issued a response for the original request, 20-00072-F, we closed it in our system. You all filed an appealed to our response. That appeal was opened in this office as 23-00001-APP. For that appeal, OIP affirmed part and remanded in part. CRT issued a final response to that appeal (23-00001-APP) stating the request was overly broad. An appeal was filed again. The new appeal is **24-00004-APP**, which remains open and being processed. Although request, 20-00072-F is closed, the appeals are connected and pertain to that initial request.

Hopefully, I provided clarification.

April

**From:** Victoria Baranetsky <vbaranetsky@revealnews.org>
**Sent:** Wednesday, March 6, 2024 7:55 PM
**To:** Madisen Hursey <madisen.hursey@law.northwestern.edu>
**Cc:** FOIArequests, CRT (CRT) <CRT.FOIArequests@usdoj.gov>; Jonathan Jones <jjones@revealnews.org>
**Subject:** Re: 24-00143-F (24-00004-APP) RE: [EXTERNAL] FOIA REQUEST

April,

The part we are confused about is what the content of the second appeal is? We were told the request was closed?

Can you clarify and or shed some light on this?

Vickie


null


On Wed, Mar 6, 2024 at 1:43 PM Madisen Hursey <madisen.hursey@law.northwestern.edu> wrote:

April,

1

Civil Rights Division

CRT.FOIArequests@usdoj.gov

---

**From:** Jonathan Jones <jjones@revealnews.org>
**Sent:** Monday, March 4, 2024 2:11 PM
**To:** FOIArequests, CRT (CRT) <CRT.FOIArequests@usdoj.gov>
**Cc:** Victoria Baranetsky <vbaranetsky@revealnews.org>; Madisen Hursey <madisen.hursey@law.northwestern.edu>
**Subject:** [EXTERNAL] FOIA REQUEST

Dear FOIA officer:

Please see the attached FOIA request (also copied and pasted below). Please send a receipt and acknowledgement of this request within the statutory time period.

Thank you for your assistance.

Sincerely,

Jonathan Jones

**************************************************************************************************************
**********

**Freedom of Information Act Request Letter**

**March 4, 2024**

U.S. Department of Justice

**Jonathan Jones, Investigative Reporter & Producer**

Reveal from The Center for Investigative Reporting

**Mobile**: 510-501-5957

**Check** out our podcast and follow us on Twitter

Sunblocked: Resistance to Solar in Farm Country

The Battle for Clean Energy in Coal Country

Mississippi Goddam

No Retreat: The Dangers of Stand Your Ground