**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The Center for Investigative Reporting, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:25-cv-07309-AMO |
| ) | |
| United States Department of Justice, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF JOHN BUCHKO**

# EXHIBIT 15



**U.S. Department of Justice**

Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Victoria Baranetsky, Esq.

Re: Appeal Nos. A-2024-01735 & A-2025-02286*

Request Nos. 19-00078-F & 24-00143-F

vbaranetsky@revealnews.org

**VIA: Email - 07/29/2025**

Dear Victoria Baranetsky:

You appealed from the action of the Civil Rights Division of the United States Department of Justice on your Freedom of Information Act (FOIA) requests submitted on December 14, 2018 (assigned Request No. 19-00078-F) and March 4, 2024 (assigned Request No. 24-00143-F). I have construed your appeal to concern the withholdings made by the Civil Rights Division pursuant to Exemption (b)(7)(C) in its response to Request No. 19-00078-F, as well as the closure of Request No. 24-00143-F as a duplicate request.**

After carefully considering your appeal, and as a result of discussions between Civil Rights Division personnel and this Office, I am remanding your requests to the Civil Rights Division for further processing. You may appeal any future adverse determination made by the Civil Rights Division. If you would like to inquire about the status of these remanded requests or to receive an estimated date of completion, please contact the Civil Rights Division directly at (202) 514-4210.

If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

X_____

Christina Troiani

Chief, Administrative Appeals Staff

\* Please be advised that this Office opened Appeal No. A-2025-02286 to adjudicate the Civil Rights Division's action on Request No. 24-00143-F

\*\* To the extent you are attempting to appeal from the action of the Civil Rights Division in Request No. 20-00072-F, please be advised that this Office previously affirmed the Civil Rights Division's action in Appeal Nos. A-2023-00087 and A-2024-00230.