D. Victoria Baranetsky (SBN 311892)
**THE CENTER FOR INVESTIGATIVE**
  **REPORTING**
222 Sutter Street, #600
San Francisco, CA 94108
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Matthew S.L. Cate (SBN 295546)
matt@matthewcatelaw.com
**LAW OFFICE OF MATTHEW S.L. CATE**
101 Montgomery Street, Suite 900
San Francisco, CA  94104
Tel/Fax: 415-964-4400

*Counsel for Plaintiff*

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

*Attorneys for Federal Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The Center for Investigative Reporting,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>United States Department of Justice,<br><br>　　　　　　　　　Defendant. | Case No. 4:25-cv-7309-AMO<br><br>**Stipulation and [Proposed]**<br><br>**Order As Modified By The Court** |

Plaintiff Center for Investigative Reporting ("Plaintiff" or "CIR") and Defendant United States Department of Justice ("Defendant" or "DOJ"), through their respective undersigned counsel, hereby stipulate to and submit the following:

1.　　　This FOIA case is about two FOIA requests CIR submitted to the DOJ in December 2019 and March 2024 seeking disclosure of memoranda regarding decisions by the DOJ's Civil Rights Division *not* to prosecute alleged civil rights violations that resulted in death (*e.g.*, fatalities caused by law enforcement officers in the course of their duties) ("Closing Memos"). One FOIA request seeks

disclosure of Closing Memos regarding incidents that occurred between and including 1998-2017 ("First FOIA Request"),[1] and the other seeks Closing Memos for incidents from 2018-2024 ("Second FOIA Request").

2.      On April 3, 2026, the DOJ provided its final determination regarding the Second FOIA Request (*i.e.*, for Closing Memos from 2018-2024), asserting that 51 of 53 Closing Memos responsive to that request are exempt from disclosure under 5 U.S.C. § 552(b)(5) as "inter- or intra-agency memoranda that are subject to a litigation privilege such as the attorney-client, attorney work product, or deliberative process privilege."[2] The DOJ additionally asserted that "information in at least some of the memoranda is exempt pursuant to Exemptions 3, 6, 7(C), 7(D), and/or 7(E)" of the FOIA. Plaintiff disagrees with the DOJ's position.

3.      As stated in the parties' Joint Status Report filed May 4, 2026 (*see* Dkt. No. 26) (the "May Status Report"), the DOJ maintains that compliance with the First FOIA Request as stated would impose an undue burden on the agency. The DOJ additionally claims that Exemption 5 applies to the records responsive to the First FOIA Request and justifies their nondisclosure as well. Plaintiff disagrees with the DOJ's position.

4.      In the May Status Report, the parties stipulated to a proposed briefing schedule on their respectively anticipated motions for summary judgment and/or partial summary judgment. The Court has not entered an order setting a briefing schedule.

5.      Pursuant to the stipulation in the May Status Report, the DOJ on June 11, 2026, filed a Motion for Summary Judgment. *See* Dkt. No. 28.

6.      The parties have further conferred about the briefing schedule and have agreed there is good cause to modify it with a minor extension in light of the issues involved and recent illness experienced by lead counsel for Plaintiff. They therefore stipulate to and respectfully request that the Court adopt the following schedule going forward:

---

[1] Both FOIA requests seek disclosure of Closing Memos for incidents that occurred in 2018. CIR has agreed to remove 2018 Closing Memos from the scope of the First Request.

[2] Two of the 53 cases were reviewed under the Emmett Till Unsolved Civil Rights Crime Act, and the associated memoranda were published at https://www.justice.gov/crt/case/edwin-pratt and https://www.justice.gov/crt/case/alberta-jones.

STIPULATION & ~~PROPOSED~~ ORDER
CASE NO. 3:25-CV-07309-AMO                    2

- **July 16, 2026**:    Plaintiff's Combined Opposition to MSJ and Cross-Motion for Partial Summary Judgment ("Cross-MPSJ") re Second FOIA Request

- **August 7, 2026**:    Defendant's Combined Reply in Support of MSJ and Opposition to Cross-MPSJ

- **August 27, 2026**:    Plaintiff's Reply in Support of Cross-MPSJ

- **September 24, 2026**:  Hearing on MSJ and Cross-MPSJ

The parties accordingly stipulate to and ask the Court to approve and order the foregoing schedule.

Respectfully Submitted,

DATED: June 26, 2026                LAW OFFICE OF MATTHEW S.L. CATE

*/s/ Matthew S.L. Cate\**
Matthew S.L. Cate
Attorneys for Plaintiff
The Center for Investigative Reporting

DATED: June 26, 2026                CRAIG H. MISSAKIAN
United States Attorney

*/s/ Roman A. Swoopes*
ROMAN A. SWOOPES
Assistant United States Attorney
Attorneys for Federal Defendant
United States Department of Justice

*In compliance with Civil L.R. 5-1(i)(3), the filer of this document attests that counsel for all parties concur in the filing of this document.

STIPULATION & ~~PROPOSED~~ ORDER
CASE NO. 3:25-CV-07309-AMO                3

## [~~PROPOSED~~] ORDER AS MODIFIED

Pursuant to the parties' Stipulation, the parties are hereby ordered to comply with the following briefing deadlines in connection with the Defendant's Motion for Summary Judgment and anticipated cross-motion by Plaintiff:

- **July 16, 2026**: Plaintiff's Combined Opposition to MSJ and Cross-Motion for Partial Summary Judgment ("Cross-MPSJ") re Second FOIA Request

- **August 7, 2026**: Defendant's Combined Reply in Support of MSJ and Opposition to Cross-MPSJ

- **August 27, 2026**: Plaintiff's Reply in Support of Cross-MPSJ

- **November 12, 2026** ~~September 24, 2026~~: Hearing on MSJ and Cross-MPSJ

**IT IS SO ORDERED.**

Dated: 7/2/2026



HON. _____ LGUIN
UNIT_____ DGE

APPROVED
Judge Araceli Martinez-Olguin