Matthew S.L. Cate (SBN 295546)
matt@matthewcatelaw.com
**LAW OFFICE OF MATTHEW S.L. CATE**
101 Montgomery Street, Suite 900
San Francisco, CA  94104
Tel/Fax: 415-964-4400

D. Victoria Baranetsky (SBN 311892)
Brooke Henderson (*pro hac vice*)
**THE CENTER FOR INVESTIGATIVE REPORTING**
222 Sutter Street, #600
San Francisco, CA 94108
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@cir.org
bhenderson@cir.org

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| The Center for Investigative Reporting, | Case No. 4:25-cv-7309-AMO |
| Plaintiff, | Hon. Araceli Martínez-Olguín |
| v. | **Declaration of Matthew S.L. Cate in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment & Cross-Motion for Partial Summary Judgment** |
| United States Department of Justice, | |
| Defendant. | |
| | Hearing:      Nov. 12, 2026 |
| | Time:         2:00 p.m. |
| | Courtroom:  5 |

**Declaration of Matthew S.L. Cate**

I, Matthew S.L. Cate, declare:

1.     I am an attorney licensed to practice in California and counsel for plaintiff in this action, The Center for Investigative Reporting ("CIR"). I am more than 18 years old and am making this declaration in support of CIR's Opposition to Defendant's Motion for Summary Judgment & Cross-Motion for Partial Summary Judgment. The statements below are based on my personal knowledge, except for those stated on information and belief (of which I am informed and believe to be true). If called as a witness, I could and would testify competently about the contents of this declaration.

2.     CIR's Complaint attached a "Notice to Close File" of the investigation by Defendant United States Department of Justice ("DOJ") into the killing of Billey Joe Johnson, Jr. *See* Dkt. 1-1. A true and correct copy of that memo is attached as **CIR Exhibit 1**.

3.     CIR's Complaint attached a "Notice to Close File" of the investigation by Defendant United States Department of Justice ("DOJ") into the killing of Lennon Lacy. *See* Dkt. 1-2. A true and correct copy of that memo is attached as **CIR Exhibit 2**.

4.     On July 9, 2026, I visited a webpage maintained by the DOJ at https://www.justice.gov/crt/civil-rights-division-emmett-till-act-cold-case-closing-memoranda that publishes "Cold Case Closing Memoranda." As of the date of this declaration, the DOJ states that 127 closing memoranda are available to access from that webpage. From that page, I searched for the closing memoranda relating to the killings of Alberta Jones and Edwin T. Pratt, both of which are identified on the *Vaughn* index the DOJ submitted in support of its motion for summary judgment in this action (*see* Dkt. 28-3).

5.     The memo relating to the closure of the investigation into the killing of Alberta Jones, DOJ file number 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, is published and publicly available at https://www.justice.gov/crt/media/1317636/dl. On July 9, 2026, I downloaded a copy of those closing memos published at those URL. A true and correct copy of that memo is attached as **CIR Exhibit 3**.

6. The memo relating to the closure of the investigation into the killing of Edwin T. Pratt, DOJ file number 144-82-595, is published and publicly available at https://www.justice.gov/crt/media/1260491/dl. On July 9, 2026, I downloaded a copy of those closing memos published at those URL. A true and correct copy of that memo is attached as **CIR Exhibit 4**.

7. On July 15, 2026, I visited a DOJ webpage at https://www.justice.gov/archives/opa/speech/assistant-attorney-general-kristen-clarke-delivers-remarks-announcing-pattern-or-practi-0 and downloaded a PDF copy of the remarks that Kristen Clarke, Assistant Attorney General of the DOJ's Civil Rights Division ("CRT"), delivered in June 2022 regarding a CRT investigation into the Louisiana State Police. A true and correct copy of that version of Clarke's remarks is attached as **CIR Exhibit 5**.

8. On July 15, 2026, I visited a DOJ webpage at https://www.justice.gov/archives/opa/speech/principal-deputy-assistant-attorney-general-vanita-gupta-delivers-remarks-21st-annual and downloaded a PDF copy of the prepared October 6, 2015, remarks of Vanita Gupta, CRT Principal Deputy Assistant Attorney General for the 21st Annual Conference of the National Association for Civilian Oversight of Law Enforcement. A true and correct copy of that version of Gupta's remarks is attached as **CIR Exhibit 6**.

9. On July 15, 2026, I visited a DOJ webpage at https://www.justice.gov/sites/default/files/opa/press-releases/attachments/2015/03/04/doj_report_on_shooting_of_michael_brown_1.pdf and downloaded a PDF copy of the report the agency posted at that URL. A true and correct copy of that version of the DOJ's press release is attached as **CIR Exhibit 7**.

10. On July 15, 2026, I visited a DOJ webpage at https://www.justice.gov/archives/opa/pr/federal-officials-decline-prosecution-death-freddie-gray and downloaded a PDF copy of the press release the agency posted at that URL. A true and correct copy of that version of the DOJ's press release is attached as **CIR Exhibit 8**.

11. On July 15, 2026, I visited a DOJ webpage at https://www.justice.gov/archives/opa/pr/federal-officials-close-investigation-death-alton-sterling and downloaded a PDF copy of the press release the agency posted at that URL. A true and correct copy of that version of the DOJ's press release is attached as **CIR Exhibit 9**.

Cate Decl. I/S/O Plf's Opp'n to Def's MSJ & Cross-Mot. for Partial Summ. J. / Case No. 4:25-cv-7309-AMO

12.     On July 15, 2026, I visited a DOJ webpage at https://www.justice.gov/ar-chives/opa/pr/justice-department-announces-closing-investigation-2014-officer-involved-shooting-cleveland and downloaded a PDF copy of the press release the agency posted at that URL. A true and correct copy of that version of the DOJ's press release is attached as **CIR Exhibit 10**.

13.     On July 15, 2026, I visited a DOJ webpage at https://www.justice.gov/crt/me-dia/1394661/dl?inline and downloaded a copy of the agency's 2024 Emmett Till Annual Report for Congress, dated February 2025. A true and correct copy of that version of Gupta's remarks is attached as **CIR Exhibit 11**.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 16, 2026                         */s/ Matthew S.L. Cate*
                                            Matthew S.L. Cate

Cate Decl. I/S/O Plf's Opp'n to Def's MSJ & Cross-Mot. for Partial Summ. J. / Case No. 4:25-cv-7309-AMO