# CIR Exhibit 2

CIVIL RIGHTS DIVISION

Notice to Close File

File No. 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                                     Date:

MAY 2 3 2016

To:    Chief, Criminal Section

Re:    Investigation into the death of Lennon Lacy
       Bladenboro, NC
       CIVIL RIGHTS

**NOTE:  THIS MEMORANDUM CONTAINS POSSIBLE GARRITY MATERIAL**

It is recommended that the above captioned case be closed for the following reasons:

I.    Summary

On August 29, 2014, 17-year old Lennon Lacy, a Black male, was found hanging from a swing set in a mobile home park near his home in Bladenboro, North Carolina.  He was hanging from two belts that had been looped together and one was looped over the top bar of the swing set.

Kristy Parker
Deputy Chief

To:  Records Section
     Office of Legal Administration

The above numbered file has been closed as of this date.

5-23-16
Date

Paige M. Fitzgerald
Principal Deputy Chief

(b)(7)(C)

(b)(7)(C) found him and immediately called 911. While on the phone with the dispatcher, the (b)(7)(C) was able to lower Lennon to the ground. Paramedics responded and Lennon was declared dead. The Chief Medical Examiner performed an autopsy and concluded that the cause of death was asphyxia due to hanging and the manner of death was suicide.

The Bladenboro Police Department responded to the scene and requested assistance from the North Carolina State Bureau of Investigation (SBI). The SBI conducted an investigation, but before it was completed, Lacy's family expressed concerns that the investigation was not being done thoroughly. They opined that Lacy was the victim of a racially-motivated murder and asked the Department of Justice to investigate.

The United States Attorney's Office for the Eastern District of North Carolina, the Criminal Section, and the FBI reviewed the SBI's 990-page report and conducted independent interviews of 14 people. The evidence supports the conclusion that Lacy's death was a suicide. For this reason, the matter should be closed.

II.    Overview of the Investigation

(b)(7)(C)
(b)(7)(C)
(b)(7)(C)
(b)(7)(C)
(b)(7)(C)
(b)(7)(C)
(b)(7)(C)
(b)(7)(C)

At about 7:15 a.m. on the morning of August 28, 2014, (b)(7)(C) arrived at the Bladenboro Mobile Home Park to (b)(7)(C) glanced toward the playground and saw what thought was a man standing by a swing set. When got to the office, a resident reported to that a man had been loitering by the swing set. (b)(7)( went toward the swing set, which was in a grassy area between two rows of mobile homes. As got closer, realized that the man was hanging by two "straps" from the top beam of the swing set with his feet about five inches from the ground. immediately called 911. The operator asked if could get him down, so (b)(7)(C climbed up a ladder attached to the swing set and was able to untie the straps. Once the man was on the ground, checked for a pulse but found none.

(b)(7)(C)

At this time, (b)(7)(C) arrived. had heard a report on vehicle radio that there was an unresponsive person at the trailer park. (b)(7)(C) said that (b)(7)(C was very upset. The man lay on the ground with a blue belt around his neck. He was wearing one shoe and the other shoe was on the ground next to him. EMS arrived at the same time as (b)(7)(C) When the paramedics rolled the man over, he had no pulse and rigor had set in. They backed away and called law enforcement and the Medical Examiner.

Officers from the Bladenboro Police Department arrived and requested assistance from the North Carolina State Bureau of Investigation (SBI). The SBI arrived and immediately began an investigation, canvassing neighboring homes and collecting evidence. A young man who lived in the neighborhood recognized Lacy, identifying him for police. The young man then went to Lacy's home, less than a five minute walk away, and told his (b)(7)( to come to the scene.

(b)(7)(C)

(b)(7)(C)

Lacy's (b)(7)(C) told investigators that had last seen (b)(7)( when went to bed at approximately 10:30 p.m. the night before. Earlier that day, they had attended the funeral of Lacy's great uncle, with whom Lacy was close. Lacy had been depressed and angry over the death, prompting (b)(7)(C) to call (b)(7)(C) at Lacy's school a few days

earlier. [(b)(7)(C)] asked the [(b)(7)(C)] to let the [(b)(7)(C)] know about the [(b)(7)(C)] death since Lacy was close to [(b)(7)(C)]. [(b)(7)(C)] [(b)(7)(C)]

[(b)(7)(C)] [(b)(7)(C)] said that when [(b)(7)(C)] got up on August 29, she saw Lacy's football equipment. [(b)(7)(C)] knew he had a game that night so [(b)(7)(C)] called the school and was told that Lacy was not there. [(b)(7)(C)] had told [(b)(7)(C)] that a body was found in a park but [(b)(7)(C)] did not know which park. [(b)(7)(C)] did not make a connection between Lacy and the body until someone who knew Lacy came and got [(b)(7)(C)] to identify the body.

The SBI conducted a three-month investigation. Two weeks into it, Lacy's family met with the SBI and gave them a three-page document in which they asserted that on August 29 the police had ruled the death a suicide. The document listed "leads" which the family felt supported a conclusion that the death was a homicide. The SBI conducted approximately 65 interviews, including multiple interviews aimed at following up on the information provided by the family and by other interviewees. They also gathered evidence from Lacy's home and school locker, surveillance camera footage from the area around Lacy's home and the mobile home park where he died, and Facebook postings. The final 990-page SBI report was completed on November 30, 2014.

On November 18, 2014, members of the Lacy family, their attorney, and the President of the North Carolina NAACP met with United States Attorney Thomas Walker. They requested that the U.S. Attorney and the Department of Justice "exercise their authority under the Hate Crimes Prevention Act, Conspiracy Against Rights, and Violent Crime Control and Law Enforcement Act of 1994" to conduct a thorough investigation into Lacy's death. They asserted that there were suspicious circumstances surrounding Lacy's death, such as the fact that the shoes found with the body were too small; the shoes did not have laces and Lacy always had laces in his shoes; they thought that one of the belts used to hang him belonged to a neighbor; and they did not believe that he could have physically positioned himself on the swing set. They opined that there were several potential suspects in the murder: [(b)(7)(C)] Lacy's [(b)(7)(C)] [(b)(7)(C)] of Lacy's [(b)(7)(C)] in the trailer park where Lacy died; [(b)(7)(C)] [(b)(7)(C)] Lacy and two of his friends the year before.

In mid- December 2014, the U.S. Attorney's Office received a copy of the FBI's report. AUSAs Jane Jackson and Seth Wood, the Criminal Section attorney, and the FBI agent all reviewed the entire report, interviewed the Chief Medical Examiner in Raleigh, and made several trips to Bladenboro to visit the scene of Lacy's death and to interview witnesses, as well as to Illinois to interview Lacy' [(b)(7)(C)]

III.   Investigative Findings

   a.   Autopsy
      Chief Medical Examiner Deborah Radisch conducted the autopsy on Lennon Lacy. She documented her findings in an autopsy report and was also interviewed by both state and federal investigators. She described that there were "numerous" red ants on Lacy's body and clothing when she received it, and the body, including the face, had multiple abrasions consistent with ant bites. There was also a patterned abrasion around his neck. No other external injuries or defensive wounds were noted. Signs of injury to the eyes, tongue, and neck were all

-4-

consistent with hanging, and there was no evidence to suggest that Lacy was strangled by someone else. Toxicology tests showed no signs of drugs or alcohol in Lacy's system. Radisch thus concluded that the cause of death was asphyxia due to hanging and the manner of death was suicide.

Dr. Radisch was aware of the scrutiny being given this case and had heard claims that it would be difficult for Lacy to hang himself from the swing set. She visited the site in December and concluded that it would be "easy" for someone to climb up and hang himself. She found no evidence during her autopsy examination or the site visit that would support a manner of death other than suicide.

b. Interviews

According to family and friends, Lennon Lacy was well-liked by his peers, was in Junior ROTC and a member of the football team, and stayed out of trouble. His closest friend was [(b)(7)(C)]. But Lacy also reportedly suffered from low self-esteem, calling himself "ugly" and "fat" and saying that people did not like him and he would never find a girl to like him.

[(b)(7)(C)] [(b)(7)(C)] and Lacy's [(b)(7)(] friend. The night before Lacy's death, and the same day as his uncle's funeral, Lacy went to [(b)(7)(C)]. Lacy told [(b)(7)(] that Lacy's [(b)(7)(C)] Lacy lamented that no one else would date him. He also told [(b)(7)(C] that he had tried to kill himself earlier that week by hanging himself, but the rope broke. He asked [(b)(7)(C] for a gun or a rope, "anything to get me out of this mess." [(b)(7)(C] encouraged Lacy to "get his mind right," and when Lacy left, [(b)(7)(C] asked him to promise he would not hurt himself. [(b)(7)(C)]

[(b)(7)(C)] also reported that two years earlier, Lacy told [ — ] about another occasion when he had contemplated suicide. A girl had broken up with him because he was ugly and he had put a gun to his head. At that time, Lacy told [(b)(7)(C] that his [(b)(7)(] knew he had done that. [(b)(7)(C)] [(b)(7)(C)] [(b)(7)(C)]

[(b)(7)(C)] [(b)(7)(C)] Lacy's [(b)(7)(C] and [ — ] was staying at Lacy's home. [(b)(7)(C)] said that [(b)(7)(C)] with Lacy earlier in the week. [(b)(7)(C)] told [ — ] that [ — ] caught Lacy going through [(b)(7)(C)] home. Lacy later confirmed to [(b)(7)(C)] that [(b)(7)(C)] with him. [(b)(7)(C)]

The night before his death, after Lacy came home from the [(b)(7)(C)] house he spoke with [(b)(7)(C] a couple of times. They first talked at about 10:00 p.m. Lacy said that [(b)(7)(C)] [(b)(7)(] had told him that [(b)(7)(C)] on him. Lacy was hurt and upset by the conversation and [(b)(7)(C] tried to cheer him up. [ — ] eventually went to [ — ] bedroom but Lacy knocked on [ ~ ] door around 11:00 p.m. to ask who was at [(b)(7)(C)] house across the street. There was a vehicle he did not recognize. [(b)(7)(C] and Lacy watched out the window as [(b)(7)(C)] and a male walked into [(b)(7)(C)] home. [(b)(7)(C] talked to Lacy until around midnight, when [(b)(7)(C] went back to [ ~ ] bedroom while Lacy got his football gear ready for the next day. At approximately 1:00 a.m., [(b)(7)(C] heard Lacy's [(b)(7)] tell him that he should go to bed. [(b)(7)(C)]

(b)(7)(C)

Lacy's (b)(7)(C) was interviewed three times by the SBI and once by the FBI and AUSAs. (b)(7)(C) (b)(7)(C) (b)(7)(C) that and Lacy (b)(7)(C) with Lacy, but explained that they had a "secret pact" to tell everyone (b)(7)(C) in part because Lacy's (b)(7)(C) disapproved (b)(7)(C) also acknowledged that had asked him to leave home several nights before his death, after found out he had gone through cell phone. They had not talked since then. did not attend his funeral because did not feel welcome. also said did not talk to Lacy's family after his death because felt they blamed for the inappropriate relationship with Lacy.

(b)(7)(C) that Lacy was very down on himself as a person, calling himself ugly and saying he was not worth anything. But does not believe he committed suicide because he "would not do something so cruel to his mother." told the SBI and FBI that did not know of anyone who would want to hurt Lacy. But also told the SBI that (b)(7)(C) (b)(7)(C) was violent and might do something to Lacy, and told the FBI that maybe someone killed Lacy to "get back" at (b)(7)(C) did not have any evidence to support either of these possibilities.

In the approximately 80 interviews done by the SBI and FBI, there was no evidence to support that Lacy's death was anything other than a suicide. Furthermore, information provided by Lacy's family about supposed "suspects" could not be substantiated. For example, they suggested that (b)(7)(C) might have killed Lacy but there is no evidence that traveled from (b)(7)( to North Carolina during the week of Lacy's death. They also suggested that (b)(7)(C) killed Lacy but, again, the investigation revealed no evidence to tie to Lacy's death. During an interview of the (b)(7)(C) the FBI agent all the text messages in phone, including those from the morning Lacy's body was discovered and heard about it. Many of the texts dealt with but there was nothing to suggest was involved with Lacy's death. The family also said that a witness overheard (b)(7)( (b)(7)(C) of Lacy's (b)(7)(C), say, "We didn't mean to kill him." That witness was located and denied ever having said, or heard, such a thing. No other witnesses were aware of that statement.

c. Facebook postings

Lacy had a Facebook account and posted pictures of himself. There are two pictures that show him wearing belts that are very similar to the belts used in the hanging. There was nothing in his Facebook postings to suggest that he had any ongoing disputes or that anyone was threatening him.

d. Surveillance camera footage

Surveillance camera footage from the area where Lacy lives showed a lone individual walking away from the area of his home toward the mobile home park where Lacy died. The footage is too grainy to definitively determine whether the individual is Lacy but the time stamp is 1:02 a.m., just after the last time (b)(7)(C) heard Lacy at home.

- 6 -

## IV.    Issues without Investigative Resolution

### a.    Shoes

Lennon Lacy was found wearing a pair of white Nike sneakers, size 10 ½, without laces. His family said that those shoes are too small and that he has never worn shoes without laces. Investigators looked at eight pairs of Lacy's shoes to compare the sizes. His football cleats were sizes 12 and 13. His black dress ROTC shoes were size 10 ½. His ROTC instructor said that he measured Lacy's feet himself before ordering the shoes. Finally, four pairs of Nike shoes from Lacy's home ranged in size from 11 to 12 ½. One of these pairs of sneakers were white and looked very much like the shoes found on Lacy's body.

There is no explanation for why the laces were not in Lacy's sneakers when he died and any hypothesis would be mere speculation. However, the lack of laces is not evidence of foul play and does not change our conclusion as to the cause and manner of death.

### b.    Belts

(b)(7)(C)

The family has asserted that the belts used to hang Lacy did not belong to him. As noted above, Facebook pictures show Lacy wearing belts that appear to be the same as those found with his body. When the SBI agent showed those pictures to Lacy's (b)(7)(C) said that had not seen those belts and did not have them.

## V.    Conclusion

The death of 17-year old Lennon Lacy is tragic, but it does not constitute a prosecutable violation of federal criminal civil rights statutes. Federal and State investigators collected and reviewed physical evidence, conducted witness interviews, performed an autopsy, and followed up on leads relevant to their investigation. Federal prosecutors with the Criminal Section of the Civil Rights Division and the United States Attorney's Office for the Eastern District of North Carolina concluded that there is no credible evidence to support any allegation that Lacy's death was a homicide. The results of the investigation are consistent with the findings of the forensic pathologist that the manner of death was suicide.

For the reasons set forth above, this matter should be closed. The United States Attorney's Office for Eastern District of North Carolina concurs in this recommendation.